**Order entered September 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00332-CV

**FRITZ MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**HUGE AMERICAN REAL ESTATE, INC., Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-04380**

## ORDER

Before the Court is appellee's September 28, 2020 unopposed second motion for an extension of time to file its brief on the merits which is currently due on October 28, 2020. We **GRANT** the motion and extend the time to **November 30, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
          JUSTICE